IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>          Plaintiffs<br><br>    v.<br><br>ALKAT CONSTRUCTION SERVICES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 C 1366<br>)<br>)  Judge Shadur<br>)<br>)  Magistrate Judge Schenkier<br>)<br>) |

**NOTICE OF MOTION**

**TO:**   ALKAT CONSTRUCTION SERVICES, INC.
C/O ITS REGISTERED AGENT, EDWARD B. PIERUCCI
12400 SOUTH HARLEM AVENUE
PALOS HEIGHTS, IL 60463

**PLEASE TAKE NOTICE** that on **April 14, 2008**, at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Shadur, Room 2303** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

                                                   **TRUSTEES OF THE CEMENT**
                                                   **MASONS PENSION FUND, LOCAL**
                                                   **502, et. al.**

                                                   s/ Donald D. Schwartz
                                                   One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

## **PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 7th day of April 2008, at or before the hour of 5:00 p.m.

    ALKAT CONSTRUCTION SERVICES, INC.
    C/O ITS REGISTERED AGENT, EDWARD B. PIERUCCI
    12400 SOUTH HARLEM AVENUE
    PALOS HEIGHTS, IL 60463

                                                s/Donald D. Schwartz
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                312-236-0415 (phone)
                                                312-341-0438 (fax)
                                                Dated: April 7, 2008