# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1366 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Trustees vs. Alkat Construction Services | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for an entry of default and order is granted. (8-1) Enter Order. A status hearing is set for May 29, 2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|