IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>Plaintiffs<br><br>v.<br><br>ALKAT CONSTRUCTION SERVICES, INC.,<br><br>Defendant. | No. 08 C 1366<br><br>Judge Shadur<br><br>Magistrate Judge Schenkier |

### ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

A. The Complaint was filed herein on March 7, 2008.

B. Process has been served upon Defendant, ALKAT CONSTRUCTION SERVICES, INC.

C. Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

1. Defendant, ALKAT CONSTRUCTION SERVICES, INC. is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

2. Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from June 16, 2006 through the present.

3. Defendant is ordered to produce the following records for examination by Plaintiffs' auditor:

    A.    All cash disbursement journals;

    B.    All individual payroll records;

    C.    All time records which are the basis of the above-mentioned individual payroll records;

    D.    All State unemployment tax returns as requested by the Trustees;

    E.    All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED: April 14, 2008

ENTER: _____
**HONORABLE JUDGE SHADUR**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415