UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
CEMENT MASONS 502

v.   Case # 08C1366

ALKAT CONSTRUCTION SERVICES INC

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within  Order

   on the within named  Alkat Construction Services Inc c/o Res Agent Edward Pierucci

   by personally serving a copy to the individual on  4/17/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M  race W  approximate age 55  other light brown hair

That the place where and the date and time when the above document was served upon the person were as follows:

place Accounting Office: 12400 S. Harlem Ave Palos Heights IL

date 4/17/08   time 9:30 am

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server