AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

      Plaintiffs,

V.

ALKAT CONSTRUCTION SERVICES, INC.,

      Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1366**

DESIGNATED
MAGISTRATE JUDGE **JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)
    ALKAT CONSTRUCTION SERVICES, INC.
    C/O ITS REGISTERED AGENT, EDWARD B. PIERUCCI
    12400 SOUTH HARLEM AVENUE
    PALOS HEIGHTS, IL 60463

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

March 7, 2008
Date

due 4-3-08

Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]
DATE: 3/14/08 @ 9:30 am

NAME OF SERVER (PRINT): Brian Riebel
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Allcut Construction Service c/o Res Agent Edward Pierucci at accounting office 12400 S. Harlem, Palos Heights IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/14/08

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.