IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CEMENT MASONS )
PENSION FUND, LOCAL 502; TRUSTEES )
OF THE CEMENT MASONS INSTITUTE OF )
CHICAGO, ILLINOIS; TRUSTEES OF THE )
CEMENT MASONS SAVINGS FUND, LOCAL )
502; and TRUSTEES OF THE CEMENT MASONS )
APPRENTICE EDUCATION AND TRAINING )
FUND, LOCAL 502, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　No. 08 C 1366
　　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　Judge Shadur
ALKAT CONSTRUCTION SERVICES, INC., )
　　　　　　　　　　　　　　　　　　　　　)　　Magistrate Judge Schenkier
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　)

## AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2. Our firm completed compliance audits for the Trustees of the Cement Masons Pension Fund Local 502, et. al., on ALKAT CONSTRUCTION SERVICES, INC. for the period June 16, 2006 through March 31, 2008.

3. The audit report found arrears owing to the Trustees of the Cement Masons Pension Fund Local 502, et. al., in the amount of $130,427.81 benefits, $19,564.18 liquidated damages and $510.00 audit costs for a total of $150,501.99.

**EXHIBIT B**

4. The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 15 percent, but excluding attorney's fees and court costs is $150,501.99 for **Cement Masons Local 502, et. al.**

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Richard J. Wolf

SUBSCRIBED AND SWORN to
before me this ___5th___ day
of June, 2008

_____
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09