**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE CEMENT MASONS       )
PENSION FUND, LOCAL 502; TRUSTEES   )
OF  THE CEMENT MASONS INSTITUTE OF  )
CHICAGO, ILLINOIS; TRUSTEES OF THE  )
CEMENT MASONS  SAVINGS FUND, LOCAL  )
502; and TRUSTEES OF THE CEMENT MASONS)
APPRENTICE EDUCATION AND TRAINING   )
FUND, LOCAL 502,                    )
                                    )
                    Plaintiffs      )
                                    )     No. 08 C 1366
            v.                      )
                                    )     Judge Shadur
ALKAT CONSTRUCTION SERVICES, INC.,  )
                                    )     Magistrate Judge Schenkier
                                    )
                    Defendant.      )

**AFFIDAVIT**

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1.      Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2.      Our firm has spent 5 hours in litigation in this matter.

3.      Our normal rate is $175.00 per hour.

4.      Our firm charged the Cement Masons Pension Fund Local 502, et. al. $875.00 in
this matter.

5.      Our firm charged $350.00 for court filing fee and $75.00 process fee.

6.      Affiant is not currently suffering any infirmities and is competent to testify to all
        the foregoing.

**EXHIBIT C**

FURTHER AFFIANT SAYETH NOT.

DONALD SCHWARTZ