IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>　　　　　　　Plaintiffs<br><br>　v.<br><br>ALKAT CONSTRUCTION SERVICES, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 08 C 1366<br>)<br>)　Judge Shadur<br>)<br>)　Magistrate Judge Schenkier<br>)<br>) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $151,801.99 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, and against the Defendant, ALKAT CONSTRUCTION SERVICES, INC.

2. This is a final and appealable order.

　　　　　　　　　　　DATED:_____


　　　　　　　　　　　ENTER:_____
　　　　　　　　　　　**HONORABLE JUDGE SHADUR**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415