IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CEMENT MASONS          )
PENSION FUND, LOCAL 502; TRUSTEES      )
OF THE CEMENT MASONS INSTITUTE OF      )
CHICAGO, ILLINOIS; TRUSTEES OF THE     )
CEMENT MASONS SAVINGS FUND, LOCAL      )
502; and TRUSTEES OF THE CEMENT MASONS )
APPRENTICE EDUCATION AND TRAINING      )
FUND, LOCAL 502,                       )
                                       )
            Plaintiffs                 )
                                       )    No. 08 C 1366
        v.                             )
                                       )    Judge Shadur
ALKAT CONSTRUCTION SERVICES, INC.,     )
                                       )    Magistrate Judge Schenkier
                                       )
            Defendant.                 )

## NOTICE OF MOTION

TO:   ALKAT CONSTRUCTION SERVICES, INC.
      C/O ITS REGISTERED AGENT, EDWARD B. PIERUCCI
      12400 SOUTH HARLEM AVENUE
      PALOS HEIGHTS, IL 60463

**PLEASE TAKE NOTICE** that on **June 26, 2008**, at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Shadur, Room 2303** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

                              TRUSTEES OF THE CEMENT MASONS
                              PENSION FUND, LOCAL 502, et. al.


                              s/ Donald D. Schwartz
                              One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment in Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 5th day of June 2008, at or before the hour of 5:00 p.m.

ALKAT CONSTRUCTION SERVICES, INC.
C/O ITS REGISTERED AGENT, EDWARD B. PIERUCCI
12400 SOUTH HARLEM AVENUE
PALOS HEIGHTS, IL 60463

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: June 5, 2008