Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1366 | DATE | 6/26/2008 |
| CASE TITLE | Trustees of the Cement Masons vs. Alkat Construction Services, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for order of default and judgment is granted. (14-1) Enter Judgment Order. It is ordered that judgment in the amount of $151,801.99 is entered in favor of Plaintiffs and against Defendants, Alkat Construction Services, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|