# United States District Court

## Northern District of Illinois
### Eastern Division

Trustees                                    **JUDGMENT IN A CIVIL CASE**

         v.                                            Case Number: 08 C 1366

Alkat Construction Services, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against the Defendant in the sum of $151,801.99.

                                                        Michael W. Dobbins, Clerk of Court

Date: 6/26/2008                                       /s/ Sandy Newland, Deputy Clerk